# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERELYN D. HILL | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-364 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| ANDREW SAUL, Commissioner of Social Security, | : | |
| | : | |
| Defendant | | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Report of Judge Mehalchick, (Doc. 14), is **ADOPTED IN ITS ENTIRETY**;

**(2)** Hill's objections, (Doc. 15), are **OVERRULED**;

**(3)** Hill's appeal of the final decision of the Commissioner, (Doc. 1), is **DENIED** and the decision of the Commissioner is **AFFIRMED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 30, 2020**
19-0364-ORDER